624

405 A.2d 545

Commonwealth v. Wilkerson, Appellant.

Submitted June 12, 1978.   David Zwanetz, for appellant;   Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

405 A.2d 545

Lundy v. Patrick, Ind. and t/a Pat's Steak
House, Appellant.

Submitted December 4, 1978.   Joseph B. Erwin, for appellant;   Martin Heller, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of lower court affirmed.